[No. 44832-3-I.     Division One.    May 1, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. D.B., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-00066-0, John M. Darrah, J., entered June 21, 1999. *Reversed* by unpublished per curiam opinion.

[No. 45195-2-I.     Division One.    May 1, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. T.H., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-03675-3, Michael J. Trickey, J., entered August 11, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 16385-7-III.     Division Three.    May 2, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHAN J. KERR, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 96-1-00305-1, Carol A. Wardell, J., entered January 8, 1997. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Kato, J., and Munson, J. Pro Tem.

[No. 18170-7-III.     Division Three.    May 2, 2000.]

CAROL E. ANGELL-SMITH, *Appellant*, v. DUANE E. FLORENCE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-2-05839-9, Linda G. Tompkins, J., entered December 16, 1998. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Kato, JJ.